# Order

Michigan Supreme Court
Lansing, Michigan

March 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154663(32)(33)

GAMAL ALI HILTON,
        Plaintiff-Appellant,

v

CHIPPEWA CORRECTIONAL FACILITY
WARDEN,
        Defendant-Appellee.

_____/

SC: 154663
COA: 333605
Chippewa CC: 16-014165-AH

On order of the Chief Justice, the motion of plaintiff-appellant for the voluntary dismissal of his application for leave to appeal is GRANTED. The application is dismissed with prejudice and without costs. The motion to hold proceedings in abeyance is denied as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2018



Clerk